IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES C. ESCHER,** *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-4791 |
| | : | |
| **DECISION ONE MORTGAGE COMPANY, LLC,** *et al.* | : | |

## ORDER

**AND NOW**, this 29th day of September, 2009, upon consideration of the Brief of Appellants (Document No. 3), the Brief of Appellees Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc. (Document No. 4), the Brief of Appellee Decision One Mortgage Company, LLC (Document No. 5), the Reply Brief of Appellants (Document No. 6), and after review of the record in the Bankruptcy Court, **IT IS ORDERED** that the decision of the bankruptcy court is **AFFIRMED** in part, **VACATED** in part, and **REMANDED** for further proceedings consistent with this Memorandum Opinion.

     /s/ Timothy J. Savage
     TIMOTHY J. SAVAGE, J.